**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MELVIN GEOVANY CASTELLANOS-BARAHONA, | ) ) ) | |
| Petitioner, | ) ) | 3:26-cv-01025-CB |
| v. | ) ) | Chief Judge Cathy Bissoon |
| LEONARD ODDO, *et al.*, | ) ) | |
| Respondents. | ) | |

**MEMORANDUM ORDER**

Petitioner is an immigration detainee at the Moshannon Valley Processing Center in Phillipsburg, Pennsylvania.  His alleged entry date into the United States was June 2019.  Petitioner was placed into immigration detention on or around May 22, 2026.  There is no indication that Petitioner has any criminal convictions.

Petitioner alleges that he is subject to discretionary detention under 8 U.S.C. § 1226(a), not mandatory detention under § 1225(b)(2).  Respondents oppose relief, relying on decisions by the Courts of Appeals for the Fifth and Eighth Circuits.  The Court has considered and rejected Respondents' interpretation of § 1225(b)(2)(A), instead joining the Courts of Appeals for the Second, Sixth and Eleventh Circuits in holding that mandatory detention applies only to noncitizens apprehended upon entry into the country or shortly thereafter.  *See, e.g.,* Tejeda Perez v. Oddo, No. 3:26-cv-00745 at Doc. 8 (May 28, 2026).

Consistent with the foregoing, the Petition for Writ of Habeas Corpus (**Doc. 1**) is **GRANTED**, to the extent that it requests a bond hearing in accordance with 8 U.S.C. § 1226(a) and all related provisions of law.  Respondents are **ORDERED** to provide Petitioner

with such a hearing, or release him, on or before **August 17, 2026**.  The petition is **DENIED**

to the extent it requests any additional relief, without prejudice to renewal as appropriate.

       IT IS SO ORDERED.


July 17, 2026                                      s/Cathy Bissoon
                                             Cathy Bissoon
                                             Chief United States District Judge

cc (via ECF email notification):

All Counsel of Record